

May 27, 2025

Hon. Judge Arun Subramanian
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The initial pretrial conference is hereby adjourned to July 2, 2025, at 3:30 PM. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: May 28, 2025

RE:   **JACKSON v. HOLY COW EAST LLC, et al.**
      **DOCKET NO. 1:25-cv-956**

Dear Judge Subramanian:

    The undersigned represents Malik Jackson, the plaintiff in the above-referenced matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for June 5, 2025.

    On May 22nd, I received notice from Nolan Klein, Esq. that he is in the process of being retained. The adjournment is requested because the parties have not yet had an opportunity to confer or prepare the pre-conference submissions.

    We thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy